**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| KEN JOSEPH | 1:14-cv-01134-JEC-RGV |
| DEFENDANT | TYPE OF PROCESS |
| NATIONAL NOTE GROUP, LLC | COMPLAINT & ORDER |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
NATIONAL NOTE GROUP, LLC
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1135 CLIFTON AVENUE, CLIFTON, NJ 07013

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KEN JOSEPH
596 MIDDLETON PLACE
GRAYSON, GEORGIA
30017

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

PRO-SE
IN FORMA PAUPERIS

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN - 9 2014

JAMES N. HATTEN, Clerk
By: Deputy Clerk

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 443-270-2222 | DATE 6/6/14 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 19 | District to Serve No. 50 | Signature of Authorized USMS Deputy or Clerk CR. Sara Southard | Date 7-24-14 / 7/17/14 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 03 2014

JAMES N. HATTEN, Clerk
By: Deputy Clerk

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

| Date 8/8/2014 | Time 1:30 ☐ am ☒ pm |
|---|---|

Signature of U.S. Marshal or Deputy
1823

| Service Fee $65.00 | Total Mileage Charges including *endeavors* 13.44 | Forwarding Fee 8.00 | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS: 8/8/2014: PAPERS TAKEN BY MR YVONNE HARPER PORTFOLIO MANAGER

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13