FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 08 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| KEN JOSEPH<br>　　*Plaintiff,*<br>v<br>NATIONAL NOTE GROUP, LLC<br>　　*Defendant,* | ) case #1:14-cv-01134-JEC-RGV<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR DEFAULT JUDGEMENT

Plaintiff, KEN JOSEPH request that entry of default be enter against defendant NATIONAL NOTE GROUP, LLC pursuant to Federal Rule of Civil Procedure 55(b). In support of this request plaintiff relies upon the record in this case and the affidavit submitted herein.

Date: October 8th, 2014

Respectfully Submitted,

_____
Ken Joseph
596 Middleton Place
Grayson, GA 30017
443-831-8884

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
OCT 08 2014
JAMES N. HATTEN, Clerk
By: [signature]

|  |  |
|---|---|
| KEN JOSEPH<br>   *Plaintiff,*<br>v<br>NATIONAL NOTE GROUP, LLC<br>   *Defendant,* | case #1:14-cv-01134-JEC-RGV |

## AFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

I, Ken Joseph, being duly sworn, state as follow:

1. I am the prose Plaintiff in the above-entitled action.

2. The summons and complaint were served upon the defendant on August 8, 2014 as reflected on the docket sheet by the proof of service filed on September 3rd, 2014.

3. An answer to the complaint was due on August 29th, 2014. No response was served within the time allowed by law nor have the defendant sought additional time with which to respond.

4. The default of defendant was entered on September 16, 2014.

5. As required by the Servicemembers Civil Relief Act of 2003, I have confirmed that the defendant is not currently in active military service.

6. To my best information and belief, defendant(s) is (are) not an infant or

7. incompetent person.

8. The claim of the plaintiff is for actual and punitive damages so determined by this honorable court, attorney's fees, and costs pursuant to FCRA, 15 U.S.C §1681o against the defendant.

## VERIFICATION

I, Ken Joseph, have read the foregoing complaint and examined any appendices referenced therein. The facts stated in the complaint are true. The appendices are true and fair copies of the recited instruments.

_____        _____
Ken Joseph                            date signed


The above named Affiant appeared before me, a Notary, subscribed, sworn

under oath this _____ day of _____, 2014.

_____
Notary

My commission expires: _____                    seal

 

Date: October 8th, 2014

Respectfully Submitted,

_____

Ken Joseph
596 Middleton Place
Grayson, GA 30017
Sem252525@aol.com
443-831-8884

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the document above was sent by first class mail USPS to counsel of record listed below for Defendant.

NATIONAL NOTE GROUP, LLC
1135 Clifton Avenue
Clifton, N.J. 07013

Dated: October 8th, 2014

_____
Ken Joseph
596 Middleton Place
Grayson, GA 30017
Phone: 443-831-8884
Email: sem252525@aol.com